IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIVIA M. SCOTTO, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM J. MUNN, and NELNET, INC., <br><br> Defendants. | 4:19CV3011 <br><br> MEMORANDUM AND ORDER |

This matter is before the court on several motions filed by Plaintiff. (Filing Nos. 11, 12, 13, & 14.) The motions are difficult to decipher and largely unintelligible. As best the court can determine, Plaintiff appears to seek relief from this court's judgment dismissing this matter without prejudice due to Plaintiff's failure to file an amended complaint and comply with this court's order. Plaintiff also appears to request the appointment of counsel and for various other relief related to cases she has litigated in federal courts outside this district. Upon careful consideration,

IT IS ORDERED that: Plaintiff's motions (filing nos. 11, 12, 13, & 14) are denied.

Dated this 24th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge