IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LIVIA M. SCOTTO, | |
| Plaintiff, | 4:19CV3011 |
| vs. | |
| WILLIAM J. MUNN, and NELNET, INC., | ORDER |
| Defendants. | |

The Chief Judge received an email from the plaintiff attaching a motion for a stay and notice to Judge Richard B. Kopf (sic). I will direct the Clerk to file it and it will be taken up at the appropriate time. IT IS SO ORDERED.

Dated this 23rd day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge